IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Jolene Smart, as Personal Representative of
the Estate of Michele Fowner, Decedent, and
Andrew Ray Fowner, Individually,

       Plaintiffs,

vs.                                 No. 1:16-cv-01251-KG-WPL

The United States of America,

       Defendant.

## ORDER TO FILE FIRST AMENDED COMPLAINT

Upon the Motion of Plaintiffs, Jolene Smart, as Personal Representative of the Estate of Michele Fowner, Decedent; and Andrew Ray Fowner, Individually, to file their First Amended Complaint attached to Plaintiff's Motion (Ex. A), and with concurrence of opposing counsel, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs are granted leave to file the First Amended Complaint attached to their Motion.

                                            UNITED STATES DISTRICT JUDGE

APPROVED BY:

*/s/ David Duhigg*
*Attorney for Plaintiffs*
DUHIGG, CRONIN, SPRING & BERLIN, P.A.
P O Box 527
Albuquerque, NM 87103
(505) 243-3751
dlduhigg@gmail.com

*Approved - 3/9/17*
Erin E. Langenwalter
*Attorney for Defendant*
P O Box 607
Albuquerque, NM 87103
(505) 224-1471 Erin.langenwalter@usdoj.gov