IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOLENE SMART, as Personal Representative of
the Estate of Michele Fowner, Decedent,

       Plaintiff,

vs.                                         No. 1:16-cv-01251-KG-WPL

THE UNITED STATES OF AMERICA,

       Defendant.

## **ORDER OF DISMISSAL**

On this date came on to be heard Plaintiff's Motion for Dismissal of Defendant, The United States of America, in the above-entitled and numbered case. It appears that said Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the above matter be and the same is hereby dismissed without prejudice as to Plaintiff's claims against Defendant. It is further ORDERED, ADJUDGED and DECREED that each party shall bear its own court costs.

                                                          UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND CONTENT:


*/s/ David Duhigg*_____
David Duhigg
*Attorney for Plaintiff*


*Approved via email – 6/15/17*
Erin Langenwalter
*Attorney for Defendant*